

## DISCRETIONARY APPEALS ALLOWED

**95–1130.** Spangler v. Kehres. *Richland County,* No. 94CA69.
MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1139.** Gyori v. Johnston Coca–Cola Bottling Group, Inc. *Lucas County,* No. L–94–078.
MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–1175.** Austintown Twp. Bd. of Trustees v. Ohio Dept. of Taxation. *Franklin County,* No. 94APE08–1134.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**95–1183.** State v. Smith. *Washington County,* No. 94CA21. On motion to defer consideration of case pending decision in 95–450, *State v. Thompkins,* Montgomery County, No. 14703 *et seq.* Motion granted and briefing schedule stayed.
WRIGHT and PFEIFER, JJ., dissent.

**95–1197.** State v. Peagler. *Montgomery County,* No. 14792.
WRIGHT, F.E. SWEENEY and COOK, JJ., dissent.

**95–1209.** Wagner v. Roche Laboratories. *Lucas County,* Nos. L–93–187 and L–93–277.
MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1220.** State v. Roberts. *Ross County,* No. 94CA2020.
RESNICK, J., would also hold this cause for the decision in 95–880, *State v. Williams,* Athens County, No. 94CA1626.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**95–1222.** Byrnes v. LCI Communication Holdings Co. *Franklin County,* Nos. 94APE09–1372 and 94APE09–1396.
RESNICK and PFEIFER, JJ., dissent.

**95–1239.** Young v. The Morning Journal. *Lorain County,* No. 94CA005952.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**95–1271.** State v. Miller. *Auglaize County,* No. 2–94–32. On motion to consolidate case with 95–1303, 95–1304, 95–1305 and 95–1307, *infra.* Motion granted.
PFEIFER and COOK, JJ., dissent.

**95–1303.** State v. Smith. *Auglaize County,* No. 2–95–3.

**95–1304.** State v. Brown. *Auglaize County,* No. 2–95–6.

**95–1305.** State v. Roth. *Auglaize County,* No. 2–95–4.

**95–1307.** State v. Bayman. *Auglaize County,* No. 2–95–7.

**95–1510.** In re Brock Children. *Stark County,* No. 94CA0227. *Sua sponte,* cause consolidated with 95–1688, *infra.*
WRIGHT, PFEIFER and COOK, JJ., dissent.